IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT LUNDBERG,

Petitioner,

v.

JULIE L. JONES, Secretary, Florida
Department of Corrections,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-249

Opinion filed November 2, 2015.

Petition for Writ of Certiorari – original jurisdiction.

Robert Lundberg, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Florida Department of Corrections, Tallahassee;
Pamela Jo Bondi, Attorney General, Sean W. Gellis, Assistant Attorney General,
Tallahassee, for Respondent.

PER CURIAM.

        DENIED.

WOLF, THOMAS, and KELSEY, JJ., CONCUR.